1-21-10

Office of Clerk
515 Rusk St #5300
Houston, TX. 77002

Miriam Willis Tinsley

RE: Unclaimed funds $1,202.00
Case#: 05-33053-H4-13

I am writing to claim funds which was Returned after being forclosed on @ 11530 Candlewood Dr.

My Mailing Address:
10904 Scarsdale Blvd. #350
Houston, TX. 77089

Thank you
Miriam W Tinsley

United States District Court
Southern District of Texas
FILED

JAN 27 2010

Clerk of Court

## EXHIBIT "A"

| | | |
|---|---|---|
| IN RE MIRIAM WILLIS TINSLEY | § § § § | CASE NO. 05-33053-H4-13 |
| DEBTOR(S) | § | CHAPTER 13 |

### UNCLAIMED FUNDS

| NAME AND ADDRESS: | CLAIM NO. | AMOUNT |
|---|---|---|
| MIRIAM WILLIS TINSLEY | 0000 | $1202.00 |
| 11530 GANDERWOOD DR | | |
| HOUSTON, TX 77089 | | |

**TOTAL FOR UNCLAIMED FUNDS**                                  $1202.00